## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| NOCO COMPANY, | ) | Case No. 1:20-cv-00936 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge David A. Ruiz |
| | ) | |
| DEVON ANTHONY SMITH dba | ) | |
| KITBOSE.COM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Plaintiff filed this lawsuit on May 5, 2021, but has not yet perfected service on Defendant.  Pursuant to Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id.*

Plaintiff was required to serve Defendant by August 3, 2021, but still has not done so.  The Court **ORDERS** Plaintiff to show cause why the case should not be dismissed without prejudice.  The Court **ORDERS** Plaintiff to show cause no later than fourteen (14) days from the date of this Order.

**SO ORDERED.**

Dated:  August 25, 2021

_____

                        J. Philip Calabrese
                        United States District Judge
                        Northern District of Ohio